Terence J. Scanlan, ABA #1103012
Lindsey Malone Pflugrath, ABA #1306035
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-446-1973
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HANSON ALASKA PROFESSIONAL SERVICES, INC., an Alaska corporation, | NO. 3:16-cv-00141-JWS |
| Plaintiff, | PLAINTIFF'S MOTION TO DISMISS COMPLAINT |
| v. | |
| KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation, | |
| Defendant. | |

HANSON ALASKA PROFESSIONAL SERVICES, INC., by and through its

attorneys of record, Skellenger Bender, P.S., moves the Court to dismiss its Complaint filed

June 28, 2016, without prejudice.

Dated this 20th day of July, 2016.

s/ Terence J. Scanlan
Terence J. Scanlan, ABA #1103012
Lindsey Malone Pflugrath, ABA #1306035
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Ste. 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Facsimile: 206-446-1973
Attorneys for Plaintiff Hanson Alaska
Professional Services, Inc.

PLAINTIFF'S MOTION TO DISMISS
COMPLAINT – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605

013246-00201 1381479.docx

1

2

3         I hereby certify that on the 20ᵗʰ day of July, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

4

5    Counsel for Plaintiff, KIEWIT INFRASTRUCTURE WEST CO.

6    John Spencer Stewart
     Stewart, Sokol & Gray, LLC

7    jstewart@lawssg.com

8         DATED this 16ᵗʰ day of July, 2016, at Seattle, Washington.

9                      s/ Rosemarie Robinson

10                     Rosemarie Robinson, Paralegal
                       Skellenger Bender, P.S.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S MOTION TO DISMISS
COMPLAINT – 2

skellenger bender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

013246-00201  1381479.docx