UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| HANSON ALASKA PROFESSIONAL SERVICES, INC. | v. | KIEWIT INFRASTRUCTURE WEST CO. |

Hon. John W. Sedwick     3:16-cv-00141-JWS

ORDER FROM CHAMBERS     July 21, 2016

_____

    At docket 6 plaintiff seeks to dismiss this lawsuit without prejudice. A plaintiff may voluntarily dismiss his claims without leave of court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(I). In this case defendant has filed a motion to dismiss, but has not filed an answer or motion for summary judgment. Plaintiff's filing at docket 6 is therefore effective, and his claims are dismissed without prejudice. The motion at docket 4 is denied as moot. The Clerk will please close this case.

_____